### NEWSOME v. STATE.
No. 26472.

Court of Criminal Appeals of Texas.

Oct. 21, 1953.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the offense of misdemeanor theft. The punishment assessed is confinement in the county jail for 90 days.

The record is before us without a statement of facts or bills of exception. All matters of procedure appear regular.

The judgment of the trial court is therefore affirmed.

### SANFORD v. STATE.
No. 26508.

Court of Criminal Appeals of Texas.

Oct. 21, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

Burglary is the offense; the punishment, confinement in the penitentiary for five years.

The record is before us without a statement of facts or bills of exception. Nothing is presented for consideration.

The judgment is affirmed.

Opinion approved by the court.